IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **GENESIS HEALTH CLUBS, INC.,** | )<br>) |
|     **Counter-Claim Defendant,** | )<br>)<br>) |
| **vs.** | )   Case No.: 4:20-cv-01608<br>) |
| **KYNDALL P. STOKER,** | )<br>)<br>) |
|     **Counter-Claim Plaintiff.** | )<br>) |

**STIPULATION REGARDING KYNDALL STOKER'S
SUBMISSION OF COSTS, EXPENSES, AND ATTORNEY FEES**

Genesis Health Clubs, Inc. ("**GHC**") and Kyndall Stoker ("**Stoker**"), by and through their respective attorneys, hereby stipulate as follows:

1. On January 11, 2021, this Court entered an order for remand to the state court, and also requested Stoker to submit documentation of the amounts reasonably incurred as a result of the removal.  [Doc. No. 11].

2. On January 15, 2021, Stoker filed a submission of costs, expenses and attorney fees, seeking a total of **$10,862.06** (the "Submission of Costs") [Doc. No. 16].

3. On January 20, 2021, GHC filed an opposition to the Submission of Costs.

4. Undersigned counsel for all parties have conferred and agree to settle and resolve the issue of costs and expenses by stipulating to the amount of $6,500.00, which the parties jointly request be the amount awarded to Kyndall Stoker reasonably incurred as a result of plaintiff's removal.

5. Attached is a proposed order approving this stipulation.

76294004.2

Respectfully submitted,

POLSINELLI PC

By: /s/James P. Martin
    JAMES P. MARTIN (#50170)
    100 S. Fourth Street, Suite 1000
    St. Louis, MO 63102
    (314) 889-8000
    Fax No: (314) 231-1776
    jmartin@polsinelli.com

    BRENDAN L. McPHERSON (#60428)
    SAMUEL C. BARFOOT (#68991)
    900 West 48th Place, Suite 900
    Kansas City, MO 64112-1895
    (816) 753-1000
    Fax No: (816) 753-1536
    bmcpherson@polsinelli.com
    sbarfoot@polsinelli.com

***ATTORNEYS FOR GENESIS HEALTH CLUBS, INC.***

-AND-

 /s/Matthew P. O'Grady (*by consent*)
    MATTHEW P. O'GRADY
    110 East Lockwood, 1st Floor
    St. Louis, MO 63119
    (314) 963-9000
    Fax No: (314) 963-1700
    ogrady@onderlaw.com

***ATTORNEY FOR KYNDALL P. STOKER***

## CERTIFICATE OF SERVICE

I hereby certify that on **January 25, 2021**, I filed the foregoing through the Court's electronic filing system, with notice to be generated and served to all parties of record. I further certify that I caused the foregoing to be served to following counsel via electronic mail:

Matthew P. O'Grady
110 E. Lockwood,
St. Louis, MO 63119
ogrady@onderlaw.com
***Counsel to Kyndall P. Stoker***

    /s/James P. Martin
***Attorney for Genesis Health Clubs, Inc.***

76294004.2